**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 5, 2025<br>Docket #: 25-1895<br>Short Title: Teman v. United States Probation Service | DC Docket #: 1:25-cv-4699<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Paul A. Engelmayer |

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

____   Record on Appeal - Certified List

____   Record on Appeal - CD ROM

____   Record on Appeal - Paper Documents

_X_   Record on Appeal - Electronic Index

____   Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8551.