United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**  
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**  
**CLERK OF COURT**

**Distribution of Instructions & Forms for Pro Se / Prisoner Cases**

**Civil rights Appeal (1983 or Bivens) Filed**

\_X\_ Acknowledgment and Notice of Appearance  
\_X\_ Docketing Notice  
\_X\_ Docket Report  
\_X\_ How to Appeal a Civil Case Instructions  
\_X\_ How to Appeal as a Pro Se Party  
\_X\_ How to File a Civil Rights Appeal Challenging the Prisoner's Detention  
\_\_\_ Prisoner Authorization Notice  
\_\_\_ Prisoner Authorization Form  
\_X\_ Form D-P  
\_X\_ T-1080 Form  
\_X\_ Financial Affidavit  
\_X\_ Certificate of Service  
\_X\_ Format Motion  
\_X\_ Format Brief  
\_X\_ Format Appendix  
\_X\_ Pro Se Scheduling Notification  
\_X\_ Form 6 Certificate of compliance  
\_\_\_ Form 7 Declaration of Inmate Filing