# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-five.

_____

Ari Teman,

               Plaintiff - Appellant,

   v.

United States Probation Service, Riselda Ruiz, Chief United States Probation Officer, in her official capacity, John Carles, Supervising Probation Officer, in his official capacity and in his individual capacity, Jacob Guttwillig, Assistant U.S. Attorney, in his official capacity and in his individual capacity, Administrative Office of the United States Courts, Harmeet Dhillon, Head of DOJ Civil Rights Division, in her official capacity, Department of Justice, Civil Rights Division,

               Defendants - Appellees.

_____

**ORDER**
Docket No. 25-1895

A notice of appeal was filed on July 30, 2025. The Appellant's Form D-P due August 13, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 10, 2025 if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

