

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 4, 2025

**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Teman v. United States Probation Service
Dkt. No. 25-1895
On behalf of Federal Defendants-Appellees, United States Probation Service, Riselda Ruiz, Chief United States Probation Officer, John Carles, Supervising Probation Officer, Jacob Guttwillig, Assistant U.S. Attorney, Administrative Office of the United States Courts, Harmeet Dhillon, DOJ Civil Rights Division, Department of Justice, Civil Rights Division

Dear Ms. Wolfe:

This Office has received a notice of the docketing of the above-named appeal, in which I am listed as counsel of record for the above-named federal defendants-appellees. The *pro se* plaintiff-appellant appeals from an Order of the United States District Court for the Southern District of New York, which denied leave to amend the complaint and for the district court judge to recuse himself before the federal defendants-appellees had been served or appeared in the action. Accordingly, at this time, the federal defendants-appellees will not participate in the appeal unless requested to do so by the Court.

Nevertheless, for the limited purpose of complying with this Court's Local Rule 12.3, I am presently filing a Notice of Appearance. This letter and Notice of Appearance should not be deemed a waiver of any defense, including lack of service.

To the extent the action purports to raise individual-capacity claims against federal defendants-appellees, they do not appear to have been served, and thus have not had occasion to request representation from the Department of Justice. I accordingly do not have authority to represent them in their individual capacities and file these limited appearances only to the extent they are sued in their official capacities.

Page 2

Please do not hesitate to contact me if you have any questions concerning this matter.

                Very truly yours,

                JAY CLAYTON
                United States Attorney

by:      /s/
        BENJAMIN H. TORRANCE
        Chief Appellate Attorney
        Civil Division
        Telephone: (212) 637-2703
        Facsimile: (212) 637-2702

cc:     (by First Class Mail)
       Ari Teman
       1521 Alton Road, #88S
       Miami Beach, Florida 33139