# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Teman v. United States Probation Service    Docket No.: 25-1895

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin H. Torrance / United States Attorney's Office, S.D.N.Y.

Appearance for (party/designation): United States Probation Service, Riselda Ruiz, Chief United States Probation Officer, John Carles, Supervising Probation Officer, Jacob Guttwillig, Assistant U.S. Attorney, Administrative Office of the United States Courts, Harmeet Dhillon, DOJ Civil Rights Division, Department of Justice, Civil Rights Division / Defendants-Appellees (in their official capacities, for the limited purpose of complying with this Court's Rule 12.3)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
(  ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
(  ) Incorrect. Please change the following parties' designations:
   Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
(  ) This case has been before this Court previously. The short title, docket number, and citation are: _____
(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 3, 2025    OR that (  ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Benjamin H. Torrance
Type or Print Name: Benjamin H. Torrance
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.