UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Ari Teman,

    Plaintiff-Appellant,

Case No. 25-1895

v.

United States Probation Service, *et al.*,

    Defendants-Appellees.

## CERTIFICATE OF SERVICE

I, Juliette Deen, a Paralegal Specialist for the Southern District of New York, hereby certify that on September 4, 2025, I caused a copy of the Acknowledgment and Notice of Appearance, filed by ACMS on September 4, 2025 to be served by United States mail upon the following:

    Ari Teman
    1521 Alton Road, #88S
    Miami Beach, Florida 33139.

Dated:  New York, New York
        September 4, 2025

                          */s/ Juliette Deen*
                          JULIETTE DEEN