# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** <br> Ari Teman v US Probation et all | **DISTRICT** <br> NYSD (SDNY) | **DOCKET NUMBER** <br> 25-1895 |
| | **JUDGE** <br> ENGELMAYER | **APPELLANT** <br> ARI TEMAN |
| | **COURT REPORTER** <br> NONE | **PRO SE APPELLANT** <br> ARI TEMAN |

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [x] I am not ordering a transcript

**Reason for not ordering a transcript:**
- [ ] Copy is already available
- [x] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

THERE ARE NO TRANSCRIPTS BECAUSE JUDGE PAUL ENGELMAYER PULLED THIS CASE WITH THE HELP OF THE CORRUPT CLERK OF THE COURT (the 1-in-3 trillion odds of him getting all the Epstein cases speaks to the corruption of this district) AND STAYED IT TO PROTECT HIS CORRUPT FRIENDS AND HIMSELF WITHOUT ALLOWING A HEARING OR MOTION PRACTICE

**METHOD OF PAYMENT** [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b).** I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE <br> s/Ari Teman/ | DATE <br> 2025-09-21 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | DATE |
|---|---|
| | |

# UNITED STATES COURT OF APPEALS

# FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

Appellee,

v.

ARI TEMAN,

Appellant.                                    Case No.: 24-1895

## CERTIFICATE OF SERVICE

I certify that on Sept 21, 2025, I served a copy of this filing on all parties via email to the following Kapos[1]: Jacob.Fiddelman@usdoj.gov , Jacob.Gutwillig@usdoj.gov and via pro se Clerk Email. They also received a copy filed to the docket, because it's 2025 and all government attorneys on cases receive filings this way and thus this certificate is archaic and the court should please remove its requirements from the rules.

/s/ Ari Teman

Ari Teman, Pro Se  / Sept 21, 2025

---

[1] "A "kapo" was a person in Nazi concentration camps who abused other inmates and carried out tasks for the camp authorities, in exchange for better living conditions. The term has since come to mean, particularly within Jewish communities, someone who commits injustice against innocent Jews. ( https://en.wikipedia.org/wiki/Kapo ), as affirmed is being done in this case by more than two dozen Rabbis (see Dkt 326-1 in United States v Teman, letter by dozens of Rabbis).

1