**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 26, 2025
Docket #: 25-1895
Short Title: Teman v. United States Probation Service

DC Docket #: 1:25-cv-4699
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Paul A. Engelmayer

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.